No. 02–6196. OBADELE, AKA BEN-YAHWEH v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–6199. TUCKER v. KARBER ET AL. C. A. 6th Cir. Certiorari denied.

No. 02–6204. SNYDER v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 02–6205. RUSSELL v. ROE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 02–6206. RODRIGUEZ v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 02–6210. LACOUR v. OKLAHOMA (two judgments). Ct. Crim. App. Okla. Certiorari denied.

No. 02–6213. SAUVE v. METHODIST HOSPITAL. C. A. 8th Cir. Certiorari denied.

No. 02–6216. GLYNN v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 02–6217. BLAY v. COLORADO. Ct. App. Colo. Certiorari denied.

No. 02–6220. ROBLES v. THOMPSON, SUPERINTENDENT, COLUMBIA RIVER CORRECTIONAL INSTITUTION. C. A. 9th Cir. Certiorari denied.

No. 02–6223. RICHARDSON v. NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES ET AL. C. A. 2d Cir. Certiorari denied.

No. 02–6225. WATSON v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–6226. WESLEY v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 02–6238. WARREN v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.